**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:10CR113<br>Judge Thomas M. Rose |
| v. | : | |
| MARC N. GREENBERG, | : | |
| Defendant. | : | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 18, 2011, this Court entered a Preliminary Order of Forfeiture, ordering the forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and (3) of any visual depiction described in 18 U.S.C. § 2253(a)(1) and all matter containing any such visual depiction which was produced, transported, mailed, shipped or received in violation of Chapter 110; and any property real or personal used or intended to be used to commit or promote the commission of such offense or any property traceable to such property; and pursuant to 18 U.S.C. § 1467(a)(3) of any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, which included but was not limited to the Defendant's interest in the following:

a. One HP Laptop, Serial No. 2CE840795M with Power Cord;
b. One HP CPU, Serial No.US04759854;
c. One Gateway CPU, Serial No. 0029298031;
d. One Ipod Nano, Serial No. 5U84BFU33R0;
e. Approximately 143 VHS Tapes;
f. Approximately 72 DV Tapes;
g. Approximately 45 VHC Tapes;
h. Approximately 59 CD-ROM Disks;
i. Approximately 14 VHS-C Tapes;
j. Approximately 8 Floppy (3.5) Disks

    k.       Approximately 1 DVD Disk;
    l.       One Olympus XC 64MB Memory Card;
    m.      One GIGAWARE Webcam, Black in Color;
    n.       One Cassette Tape.

WHEREAS, the United States complied with the provisions of Rule G of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture regarding sending Direct Notice to all known potential claimants and;

WHEREAS, the United States in accordance with the provisions of 21 U.S.C. § 853(n) caused to be published on www.forfeiture.gov, notice of this forfeiture of the above assets plus one additional Olympus XC 64MB Memory card, and of the intent of the United States to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within sixty (60) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and (3) and 18 U.S.C. § 1467(a)(3);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253(a)(1) and (3) and 18 U.S.C. § 1467(a)(3):

    a.       One HP Laptop, Serial No. 2CE840795M with Power Cord;
    b.       One HP CPU, Serial No.US04759854;
    c.       One Gateway CPU, Serial No. 0029298031;
    d.      One Ipod Nano, Serial No. 5U84BFU33R0;
    e.       Approximately 143 VHS Tapes;
    f.       Approximately 72 DV Tapes;
    g.       Approximately 45 VHC Tapes;
    h.       Approximately 59 CD-ROM Disks;
    i.       Approximately 14 VHS-C Tapes;
    j.       Approximately 8 Floppy (3.5) Disks
    k.       Approximately 1 DVD Disk;

      l.        Two Olympus XC 64MB Memory Cards;
      m.      One GIGAWARE Webcam, Black in Color;
      n.      One Cassette Tape.

IT IS FURTHER ORDER, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED:
Dated:

February 21, 2012                          *s/**THOMAS M. ROSE**

_____
THOMAS M. ROSE
UNITED STATES DISTRICT COURT JUDGE