# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

                Plaintiff,                Case No. 3:10-CR-113

-vs-

                                        District Judge Thomas M. Rose

MARC GREENBERG

                Defendant

---

## ENTRY AND ORDER DENYING DEFENDANT'S MOTION FOR CLARIFICATION (DOC. 22) AND REQUEST FOR EXPEDITED CONSIDERATION (DOC. 23)

---

This matter comes before the Court pursuant to the Defendant's Motion for Clarification of Conditions of Supervised Release (Doc. 22) and Defendant's Request for Expedited Consideration of Defendant's Motion for Clarification of Conditions of Supervised Release (Doc. 23). The Government filed a Response to said Motions (Doc. 24).

As pointed out by the Government in their response, the Sixth Circuit has recognized that, in the context of direct appeals, challenges to the conditions of supervised release are not ripe for review until after the defendant is released from custody.

Although the Court would deny both the Request for Expedited Consideration (Doc 23) and the Motion for Clarification (Doc. 22), it denies the Motion for Clarification without prejudice to refiling upon Defendant's release from incarceration. Upon said refiling, if made, Defendant should include whatever evidence may be available that his proposed placement /residence is not a violation of state law.

Defendant's Motions (Doc. 22 and doc. 23) are DENIED as premature.

IT IS SO ORDERED.

```
                        THOMAS M. ROSE, JUDGE
                        UNITED STATES DISTRICT COURT
```