UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff,

-vs-	Case No. 3:10-CR-113
District Judge Thomas M. Rose

MARC GREENBERG,

Defendant.

## ORDER

The Court considers Defendant's Motion to Alter or Amend the Judgment Dated 4/3/2012 Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (doc. 26) ripe. The Government is directed to file any response to the merits of Defendant's requested modification of his supervised release conditions by **May 11, 2012.**

**DONE** and **ORDERED** in Dayton, Ohio, this 20th day of April, 2012.

THOMAS M. ROSE JUDGE
UNITED STATES DISTRICT COURT